**JETCO, Inc. v. JIFFY PRODUCTS CO., Inc. et al.**

No. 12997.

United States Court of Appeals Ninth Circuit.

Nov. 5, 1951.

Joseph W. Fairfield, Los Angeles, Cal., for appellant.

Williamson, Hoge & Curry, Los Angeles, Cal., Wm. Douglas Sellers, Pasadena, Cal., for appellees.

Before MATHEWS, STEPHENS and ORR, Circuit Judges.

PER CURIAM.

This appeal is from an order denying a motion to dismiss a counterclaim. Such an order is not a final decision, within the meaning of 28 U.S.C.A. § 1291, and is not appealable. Therefore the appeal is dismissed.